```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,         )
                                  )
     vs.                          )   Criminal No. 07-291
                                  )
LAURIE A. WALTZ,                  )
     Defendant.                   )

<u>ORDER</u>

AND NOW, this 14th day of August, 2007, upon consideration of defendant's amended motion for extension of time [document #23], IT IS HEREBY ORDERED that the motion is GRANTED.  The time during which defendant may file any pretrial motions is extended until August 29, 2007.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of time resulting from this extension shall be excluded in computing the time within which the trial of the above-captioned action must commence because the court finds that extension of time for the filing of defendant's pretrial motions is necessary to enable counsel for defendant adequately to prepare for trial, and the court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

                              BY THE COURT:

                              <u>s/Gary L. Lancaster</u>
                              Gary L. Lancaster,
                              United States District Judge

cc:   All counsel of record