IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-291 |
| ) | |
| LAURIE A. WALTZ, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 19th day of November, 2007, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered August 9, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, November 28, 2007 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Brendan T. Conway,
Assistant United States Attorney

Robert E. Mielnicki, Esq.
429 Fourth Avenue
Suite 1600
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation